UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 09-22630-CIV-HUCK/O'SULLIVAN

ERZSEBET KOVACS,

      Plaintiff,

vs.

CARNIVAL CORPORATION,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon Plaintiff's Verified Motion for Attorney's Fees and Costs Based on Defendant's Improper Removal (D.E. # 24), filed January 16, 2010. The Honorable John J. O'Sullivan, United States Magistrate Judge, issued a Report and Recommendation on the Motion [D.E. # 58], filed May 11, 2010, recommending that the Motion be denied. No party has objected to the Report and Recommendation. The Court has independently reviewed the Report and Recommendation, and the record. Being otherwise duly advised, the Court adopts the findings of fact and conclusions as stated in the report. Accordingly, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion is DENIED and the Report and Recommendation is ADOPTED.

DONE, ORDERED and ADJUDGED in Chambers, Miami, Florida, May 28, 2010.

_____
PAUL C. HUCK
United States District Judge

**Copies Furnished To:**
Magistrate Judge John J. O'Sullivan
All Counsel of Record